Order issued January 3 , 2013



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01474-CV

**HOWARD DONAVAN, Appellant**

V.

**THE BANK OF NEW YORK MELLON TRUST COMPANY N.A. F/K/A
THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO
JPMORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2004RS8, Appellee**

## ORDER

We **DENY** appellee's December 12, 2012 motion to dismiss the appeal for failure to prosecute.

ELIZABETH LANG-MIERS
JUSTICE